IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CANDELARIO, | 1:09-cv-01533-AWI-GSA (PC) |
| Plaintiff, | SECOND ORDER TO SUBMIT **SIGNED** APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS |
| vs. | |
| J. OUIRQUE, et al, | |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On August 31, 2009, plaintiff submitted an **unsigned** application to proceed in forma pauperis. (Doc. 2.) On September 3, 2009, the court ordered plaintiff to submit a **signed** application to proceed in forma pauperis, or pay the filing fee for this action, within thirty days. (Doc. 4.) On September 25, 2009, plaintiff submitted another **unsigned** application. (Doc. 5.) Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 7-131; F.R.C.P. 11(a). Plaintiff shall be granted another opportunity to submit a **signed** application, or in the alternative, to pay the filing fee for this action.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall re-submit the enclosed application to proceed in forma pauperis, **with plaintiff's original signature**, or in the alternative, pay the $350.00 filing fee for this action.

**Failure to comply with this order will result in a recommendation that this action be dismissed**.

IT IS SO ORDERED.

Dated:   **October 1, 2009**               /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE